# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Harold E. Montague,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Jackson, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-01680-JAD-DJA<br><br>**Order** |

Before the Court are Plaintiff Harold E. Montague's motions for appointment of counsel (ECF Nos. 63, 65), which appear to be identical. Because the case is closed (ECF No. 60), the Court denies Plaintiff's motions. Additionally, Plaintiff's mail has been returned as undeliverable, noting that he is now at the High Desert State Prison. The Court thus reminds Plaintiff of his obligation Under Local Rule IA 3-1 to maintain an up-to-date address and, as a one-time courtesy, will have this order mailed to the High Desert State Prison.

**IT IS THEREFORE ORDERED** that Plaintiff's motions to appoint counsel (ECF Nos. 63, 65) are **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order to the below address:

Harold E. Montague #1125410

PO Box 650

Indian Springs, Nevada 89070-0650

DATED: March 10, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE